United States District Court
Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 1 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

GENEVA LANGWORTHY
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

ZACH MYERS
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Case No. 2:24-cv-00089-MKD
_____
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **8**

I.  **PARTIES IN THIS COMPLAINT**

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:  
LANGWORTHY, GENEVA  
Name (Last, First, MI)

8078 Rabbit Gulch Rd/General Delivery  
Street Address

Murphy, Owyhee County,     ID.     83650  
County, City               State   Zip Code

701-770-2786  
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  
Myers, Zach  
Name (Last, First)

421 W. Riverside Ave. Suite #308  
Street Address

Spokane,              WA.      99201  
County, City          State    Zip Code

Defendant 2: _____  
Name (Last, First)

_____  
Street Address

County, City          State    Zip Code

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

| County, City | State | Zip Code |

Defendant 4: _____

Name (Last, First)

_____

Street Address

| County, City | State | Zip Code |

## II.  BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_Sixth Amendment right to effective assistance of counsel_

## III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The Defendant is located in Spokane which is eastern Washington.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Clallam County, WA

Date(s) of occurrence: September 2022- present (ongoing)

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

### FACTS:

What happened to you?

Zach Myers was assigned to represent me in bogus misdemeanor charges from Clallam County. He has never spoken to me nor taken any action in my defense. When I have attempted to call his office, the receptionist screams at me then hangs up on me.

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

I have been unable to set foot on my real property in Clallam County since June, 2022, because of the inaction of Zach Myers. All of my personal possessions are stored on my Clallam County property and I cannot access any of my stuff because there are 2 warrants against me. Myers has done nothing to quash the warrants or to secure a speedy trial. I cannot get my commercial drone pilot license nor can I enter Canada because of the warrants against me. I have actually had to flee the state of Washington because of the extraordinary violations of my civil rights.

Myers attempted to withdraw from representing me after he had been appointed for about a year. He withdrew without seeking leave of the court. The court, which is grossly biased against me, re-appointed Myers knowing that I cannot make any attempt to defend myself as long as Myers is appointed.

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 500,000

☑ Other (explain):

Injunction requiring Myers to seek leave of the court in order to withdraw.

Page 7 of 8

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

__Feb. 8, 2024__  
Dated

Plaintiff's Signature

__Langworthy, Geneva__  
Printed Name (Last, First, MI)

__8078 Rabbit Gulch Rd/General Delivery,__    __Murphy,__    __ID,__    __83650__  
Address                                          City           State     Zip Code

__701-770-2786__  
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*