UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GENEVA LANGWORTHY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ZACH MYERS, <br><br> Defendant - Appellee. | No. 24-2400 <br><br> D.C. No. 2:24-cv-00089-MKD <br><br> Eastern District of Washington, Spokane <br><br> MANDATE |

The judgment of this Court, entered May 20, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT